UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: July 11, 2008

**Clerk:** Frances Stone
**Court Reporter:** IRENE RODRIGUEZ

**Plaintiff:** United States

**v.**                                                      **No.** CR-08-00413-DLJ

**Defendant:** Scott Ivan Dolgin [present; in custody]

**Appearances for AUSA:** Christine Wong

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
SETTING/STAT                       -HELD

**Notes:**

**Case Continued to** 8/8/08 AT 9:00AM for STATUS

**Case Continued to:**       for
**Case Continued to:**       for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                for Pretrial Conference

**Case Continued to**       for          Trial

**Excludable Delay: Category: Begins:** 7/11/08    **Ends:** 8/8/08