UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:   August 8, 2008

**Clerk:** Frances Stone
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                                                                     **No.** CR-08-00413-DLJ

**Defendant:** Scott Ivan Dolgin [present; in custody]

**Appearances for AUSA:** James Mann for Christine Wong

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |

**Notes:**

Case Continued to  8/29/08 AT 9:00AM    for  STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                         for Pretrial Conference

**Case Continued to**           for             Trial


**Excludable Delay: Category: Begins:   8/8/08         Ends: 8/29/08**