UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  8/29/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                                   **No.** CR-08-00413-DLJ

**Defendant:** Scott Ivan Dolgin [present; in custody]

**Appearances for AUSA:** Christine Wong

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STAT                               -HELD

**Notes:**

**Case Continued to**   9/19/08 AT 9:00AM   for  Stat or Change of Plea

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                    for Pretrial Conference

**Case Continued to**         for          Trial

**Excludable Delay: Category: Begins:  8/29/08        Ends: 9/19/08**