UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR 08-413 DLJ |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT IVAN DOLGIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 27, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting all right, title, and interest in $4,898 in U.S. Currency, pursuant to Title 21, United States Code, Section 853.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to  Title 21, United States Code, Section 853.  All right, title, and interest in  said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this  25th  day of January,  2011.

_____
D. LOWELL JENSEN
United States District Judge